UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ELIAS SANCHEZ SIFONTE and
VALERIE RODRIGUEZ ERAZO,

        Plaintiffs,                    Case No.:

vs.

JOSUE FONSECA, *et al.*,

        Defendants.

_____/

**DECLARATION OF JOSUE FONSECA**

I, Josue Fonseca, declare as follows:

1.      My name is Josue "Jay" Fonseca. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

2.      I am a journalist, radio host and lawyer based in San Juan, Puerto Rico, and I am a defendant in the above-styled case.

3.      I am a citizen of the Commonwealth of Puerto Rico, where I have domiciled since 1984.

4.      I have continuously resided and maintained a permanent home in San Lorenzo and San Juan Puerto Rico since 1984.

5.      I have been a registered voter in the Commonwealth of Puerto Rico since 2000.

6.      I have had a Puerto Rico driver's license since 1998.

7.      I am—and since 2015 have been—the sole owner and member of Jagual Media, LLC, a Puerto Rico limited liability company with a registered address of 105 Ave. Arterial Hostos, Bayside Cove, Apt. 401, San Juan, Puerto Rico 00918, which is a defendant in the above-styled case.

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 2, 2021.

_____
Josué "Jay" Fonseca