IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ELIAS SANCHEZ SIFONTE and
VALERIE RODRIGUEZ ERAZO,

    Plaintiffs,

vs.

    Case No. 2020-027995-CA-01

JOSUE FONSECA, et al,

    Defendants.
_____/

## DEFENDANTS' NOTICE TO THE CIRCUIT COURT OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendants Josue Fonseca, Telemundo International Studios LLC, Jagual Media LLC, NBCUniversal Media, LLC, Telemundo Internacional LLC, Telemundo Network Group LLC, TM Television, Inc., and TM Entertainment, Inc., hereby give notice of having filed in the District Court of the United States District for the Southern District of Florida, their notice of removal of this action, Case No. 2020-027995-CA-01, pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. A copy of Defendants' notice of removal, without its exhibits, is attached.

Respectfully Submitted,

SHULLMAN FUGATE PLLC

*/s/ Deanna K. Shullman*
Deanna K. Shullman
Florida Bar No. 514462
Rachel E. Fugate
Florida Bar No.
Giselle M. Girones
Florida Bar No. 124373
Minch Minchin
Florida Bar No. 1015950
2101 Vista Parkway, Suite 4006

West Palm Beach, FL  33411
Tel: (561) 429-3619
dshullman@shullmanfugate.com
ggirones@shullmanfugate.com
mminchin@shullmanfugate.com

Lynn D. Carrillo (Florida Bar No. 364990)
Lynn.carrillo@nbcuni.com
NBCUniversal News Group
NBCUniversal/Telemundo Enterprises
One Telemundo Way
Miami, FL 33182
Tel: (786) 585-7142

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy for the foregoing has been served on the following counsel of records via the Florida Court E-portal system on this 9th day of February, 2021:

Luis F. Navarro
Lorenzo J. Palomares
Navarro Attorneys at Law,
66 W. Flagler Street, 6th Floor
Miami, Florida 33130
(305) 447-8707
civil@nmbesq.com
lou@nmbesq.com
mromo@nmbesq.com

Eric Ruben Huertas Morales
66 Flagler Street, Suite 601
Miami, FL 33030
(305) 447-8707
erhuertas@eragroupllc.com

*Attorneys for Plaintiffs*

                    *Deanna K. Shullman*_____
                    Attorney