UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-20543-Civ-COOKE/DAMIAN

ELIAS SANCHEZ SIFONTE, an
individual, and VALERIE RODRIGUEZ
ERAZO, an individual,

    Plaintiffs,

vs.

JOSUE FONSECA, a/k/a JAY
FONSECA, an individual, TELEMUNDO
INTERNATIONAL STUDIOS LLC,
a Florida limited liability company,
TELEMUNDO INTERNACIONAL LLC
a/k/a TELEMUNDO DE PUERTO RICO, LLC.,
a Florida limited liability company, JAGUAL
MEDIA, LLC, a Puerto Rico limited liability company,
NBCUNIVERSAL MEDIA, LLC, a Delaware
corporation; TELEMUNDO NETWORK GROUP, LLC,
a Delaware corporation, TM TELEVISION, INC.,
a Puerto Rico corporation, TM ENTERTAINMENT, INC.,
a Puerto Rico corporation, and DOES 1 – 10, inclusive,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING
## U.S. MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court upon U.S. Magistrate Judge Melissa Damian's Report and Recommendation (ECF No. 105) ("R&R") on Defendant TM Television, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction or to Transfer (ECF No. 73) and Defendants Telemundo of Puerto Rico LLC, NBCUniversal Media, LLC, Telemundo Network Group LLC, Antonio Mojena, Josue "Jay" Fonseca, and Jagual Media LLC's Motion to Dismiss and Joinder in TM Television's Motion to Transfer Venue (ECF No. 74).

In her R&R, Judge Damian recommends that Defendant TM Television, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction or to Transfer (ECF No. 73) be granted in part as to

1

Defendant TM Television's request to transfer this action to the District of Puerto Rico and denied in part as moot as to Defendant TM Television's request for dismissal on the grounds of lack of personal jurisdiction. *See* ECF No. 105, Report and Recommendation at p. 35. Additionally, Judge Damian recommends that Defendants Telemundo of Puerto Rico LLC, NBCUniversal Media, LLC, Telemundo Network Group LLC, Antonio Mojena, Josue "Jay" Fonseca, and Jagual Media LLC's Motion to Dismiss and Joinder in Motion to Transfer (ECF No. 74) be granted in part as to their joint request and consent to the transfer of this action to the District of Puerto Rico and denied in part as moot as to their request to dismiss the Amended Complaint. *See id.*

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. Fed. R. Civ. P. 72(b)(3). If no party timely objects, however, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's notes (citation omitted). Here, the Parties filed a Joint Motion to Vacate Order Setting Trial and Pretrial Deadlines and Stay all Proceedings (ECF No. 107) in which they advised that they do not object to Judge Damian's R&R. ECF No. 107 at p. 2.

The Court has reviewed Judge Damian's R&R, and notes the Parties' nonobjection to the R&R. Therefore, for the reasons discussed above, it is **ORDERED and ADJUDGED** as follows:

1. U.S. Magistrate Judge Melissa Damian's Report and Recommendation (ECF No. 105) is **AFFIRMED and ADOPTED** as the Order of this Court.

2. Defendant TM Television, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction or to Transfer (ECF No. 73) is **GRANTED IN PART** as to Defendant TM Television's request to transfer this action to the District of Puerto Rico and **DENIED IN**

**PART AS MOOT** as to Defendant TM Television's request for dismissal on the grounds of lack of personal jurisdiction.

3. Defendants Telemundo of Puerto Rico LLC, NBCUniversal Media, LLC, Telemundo Network Group LLC, Antonio Mojena, Josue "Jay" Fonseca, and Jagual Media LLC's Motion to Dismiss and Joinder in Motion to Transfer (ECF No. 74) is **GRANTED IN PART** as to their joint request and consent to the transfer of this action to the District of Puerto Rico and **DENIED IN PART AS MOOT** to their request to dismiss the Amended Complaint.

4. The Clerk is directed to **TRANSFER** this case to the District of Puerto Rico.

**DONE and ORDERED** in Chambers in Miami, Florida, this ___ day of September 2022.

DARRIN P. GAYLES
UNITED STATES DISTRICT COURT JUDGE
For Marcia G. Cooke, U.S. District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*