## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELIAS SÁNCHEZ-SIFONTE et al, **Plaintiffs,** v. **JOSUE FONSECA et al** **Defendants** | Civil No. 22-01444 (RAM) |

### MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE COURT:**

**COMES NOW** attorney Alfredo Fernández-Martínez and the law firm of Delgado & Fernández, LLC, and respectfully prays and states as follows:

1. In the captioned case, codefendants Josue Fonseca a/k/a Jay Fonseca and Jagual Media, LLC have been represented by the undersigned counsel and law firm.

2. The undersigned respectfully requests leave from the Court to withdraw as counsel for codefendants Josue Fonseca a/k/a Jay Fonseca and Jagual Media, LLC.

3. Codefendants Josue Fonseca a/k/a Jay Fonseca and Jagual Media, LLC will continue to be represented by Carlos Baralt-Suárez, Esq., who has appeared as attorney of record in the case.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above and grant the undersigned counsel and law firm leave to withdraw as attorney for codefendants Josue Fonseca a/k/a Jay Fonseca and Jagual Media, LLC.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that on this same date I electronically filed a copy of the foregoing motion with the Clerk of the Court using the CM/ECF system which will automatically send notice of such filing to all attorneys of record.

In Guaynabo, Puerto Rico, this 13th day of December 2024.

> **DELGADO & FERNÁNDEZ, LLC**
> T Mobile Center at San Patricio
> B7 Tabonuco Street, Suite 1000
> Guaynabo, PR 00968
> Tel. 787-274-1414
> Fax: 787-764-8241
>
> */s/ Alfredo Fernández-Martínez*
> **ALFREDO FERNÁNDEZ-MARTÍNEZ**
> USDC-PR #210511
> afernandez@delgadofernandez.com