Hearing set: 10:00 AM
Hearing start: 10:31 AM
Hearing ended: 11:04 AM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**
**BEFORE HON. HECTOR L. RAMOS-VEGA, U.S. MAGISTRATE JUDGE**

| COURTROOM DEPUTY CLERK: Glorimar Rivera | COURT REPORTER: DCR Courtroom 5 |
| --- | --- |
| Date: February 18, 2026 | CASE NO.: 3:22-CV-01444 (RAM/HRV) |

| | |
| --- | --- |
| *Elías Sánchez-Sifonte*<br>*Valerie Rodríguez-Erazo*<br><br>Plaintiffs,<br><br>vs.<br><br>*Josue Fonseca aka: Jay Fonseca*<br>*Jagual Media LLC*<br><br>*Telemundo Puerto Rico, LLC*<br>*Telemundo Network Group, LLC*<br>*NBC Universal Media, LLC dba Telemundo Station Group*<br><br>*TM Television Inc.*<br>*Antonio G. Mojena*<br><br>Defendants. | **Attorneys present:**<br>Lorenzo J. Palomares (present by VTC)<br><br><br><br><br><br><br>Giselle M. Girones (present by VTC)<br>Ricardo F. Casellas<br>Roberto Sueiro-del-Valle<br>Deanna Kendall Shullman (present by VTC)<br>Carlos R. Baralt-Suarez |

**CASE CALLED FOR FURTHER DISCOVERY HEARING**.

In preparation for the hearing, the Court reviewed Dkt. 227, which was filed by the Defendants addressing alleged deficiencies in Plaintiff's discovery responses to both the Requests for Production and Interrogatories. The Court also reviewed Exhibit No. 2 at Dkt. 227, which provided a chart of the pending discovery requests, the objections stated by the Plaintiffs, and the Defendants' response.

The Court further addressed Attorney Palomares regarding the Court's Order to Show Cause (Dkt. 228), directing Plaintiff to explain in writing why the Court should not recommend that the motion to compel be granted. The Court noted that the Order had not been complied with and stated that it had attempted to provide Plaintiff with opportunities to be heard on the matter. Attorney Palomares responded that he had filed an informative motion addressing the questions raised by Defendants and asserted that the filing was timely. Counsel further stated that if a requested document does not exist, it cannot be produced.

**MINUTES OF PROCEEDINGS**
Case No. 3:16-CV-1816 (ADC/HRV)

Attorney Girones reiterated that Plaintiffs have failed to comply with the production of certain documents. As to the interrogatories, counsel stated that more than a year has passed, and Plaintiffs continue to assert objections. Counsel further represented that depositions cannot be taken because Defendants are still awaiting the production of documents and complete discovery responses. Accordingly, counsel requested that the Court order Plaintiffs to provide full and non-evasive responses, produce the outstanding documents, and execute the tax waiver forms at Dkt. 227-3. Attorney Palomares informed that he had not previously seen any request regarding the waivers but stated that they will be signed by his client as soon as possible.

Housekeeping matters, as discussed by Attorney Baralt, were addressed.

After hearing the parties' arguments, the Court took the matter under advisement. The Court will file a Report and Recommendation for the consideration of Chief U.S. District Judge Raul M. Arias-Marxuach.

s/Glorimar Rivera-de Jesus
Courtroom Deputy Clerk
