**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

ELIAS SÁNCHEZ-SIFONTE et al.,

**Plaintiffs,**

v.

JOSUE FONSECA, et al.

**Defendants.**

**CIVIL NO. 22-1444 (RAM)**

<u>**MEMORANDUM AND ORDER**</u>

RAÚL M. ARIAS-MARXUACH, United States District Judge

Pending before the Court is Defendants Josué Fonseca a/k/a Jay Fonseca, Jagual Media LLC, NBC Universal Media LLC, Telemundo Network Group, LLC ("TNG"), Telemundo Puerto Rico, LLC, Antonio G. Mojena and others (collectively, "Defendants")'s *Motion to Compel* and Magistrate Judge Héctor L. Ramos-Vega's March 6, 2026 Report and Recommendation ("R & R"). (Docket Nos. 191 and 254, respectively). Magistrate Judge Ramos-Vega recommends that Defendants' *Motion to Compel* be granted in part, denied in part, and deemed moot in part.

This Court noted a week ago that "[p]er Fed. R. Civ. P. 72(a), objections to a Magistrate Judge's Report and Recommendation ('R&R') may be filed within 14 days after the Report and Recommendation ('R&R') has been issued. Accordingly, any objections to the R&R at Docket No. 254 are due March 20, 2026. No

extensions shall be granted." (Docket No. 258). Neither party filed objections to the R & R nor requested an extension to do so.

The First Circuit has stated in Santos-Santos v. Torres-Centeno that when no objection to a report and recommendation has been presented, a district court may assume that "[the affected party] agree[s] with the magistrate judge's recommendation." 842 F.3d 163, 166 (1st Cir. 2016) (quoting Santos-Santos v. P. R. Police Dep't., 63 F.Supp.3d 181, 184 (D.P.R. 2014)). Thus, the district court only needs to determine "that there is no 'plain error' on the face of the record" for unopposed portions of a report and recommendation. Vazquez-Garcia v. Hacienda Madrigal, Inc., 2019 WL 4739324, at *1 (D.P.R. 2019) (citing López-Mulero v. VelezColon, 490 F.Supp.2d 214, 218 (D.P.R. 2007)).

The Court has reviewed Magistrate Judge Ramos-Vega's March 6, 2026 R & R for plain error and found almost none. **The Court makes one slight amendment**. As per Defendants' detailed chart of unresolved matters, on which Judge Ramos-Vega expressly relied, (Docket No. 254 at 5), there are only two remaining deficiencies in Plaintiff Elías Sánchez-Sifonte's Third Amended Responses to TNG's ROGs. (Docket No. 227-2 at 39-40). More specifically, Defendants claim deficiencies in the responses to interrogatories No. 1 and No. 2. Id. Hence, there is no live dispute over Plaintiff Elías Sánchez-Sifonte's response to interrogatory No. 13. Thus, Judge Ramos-Vega's ruling in the form of "Interrogatory No. 13:

Granted," as to Plaintiff Elías Sánchez-Sifonte's Third Amended Responses to TNG's ROGs, appears to be an inadvertent scrivener's error.

"Where, as here, a [Magistrate Judge] has produced a first-rate work product, a reviewing tribunal should hesitate to wax longiloquent simply to hear its own words resonate." Bing Feng Chen v. I.N.S., 87 F.3d 5, 7 (1st Cir. 1996) (quotation omitted). Accordingly, having reviewed the record, the Court **ADOPTS** the R & R, as modified to eliminate the ruling on the bottom of page 13 as to TNG's interrogatory No. 13 directed toward Plaintiff Elías Sánchez-Sifonte, and **INCORPORATES** the R & R by reference to the present Memorandum and Order.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of March 2026.

s/Raúl M. Arias-Marxuach
UNITED STATES DISTRICT JUDGE