## Contact

Popular Center Building Suite 1134
208 Ponce de Leon Avenue
San Juan, Puerto Rico 00918
(787)756-1400 (Work)

www.linkedin.com/in/ricardo-
f-casellas-sanchez-50504114
(LinkedIn)
www.cabprlaw.com (Personal)
cabprlaw.blogspot.com (Blog)

## Top Skills

Mediation

Appeals

Arbitration

## Certifications

Admitted to Practice

Certified Mediator

Commercial and Construction
Industry Arbitrator

## Publications

"When a substantive rule of Puerto
Rico law for the issuance of
preliminary injunctions in dealer
contract cases clashes with a federal
procedural rule, is there a doubt as
to which one should apply?"

"Puerto Rico Dealerships and
Permanent Injunctions do not Mix",
32 Inter. Am. U. Law Rev. 67 (1997)

Casellas Alcover & Burgos P.S.C. on
Puerto Rico Law 75

"The Substantial Contact
Requirement for Jurisdiction under
the FSIA", 55 U.P.R. Law Rev. 1
(1986)

"Puerto Rico's Dealer and Franchise
Statute Adapts to the Latest
Developments in Law, Commerce,
and Technology", Vol. 30 Franchise
Law Journal No. 1 (ABA Summer
2010)

# Ricardo F. Casellas-Sanchez

40-year Trial and Appellate Partner | Arbitrator and Mediator |
Casellas Alcover & Burgos, P.S.C.
Puerto Rico

## Summary

For over three decades, Ricardo has practiced complex commercial
litigation, ADR, and corporate counseling involving First Amendment
defense, product and lender's liability, distribution, intellectual
property, and antitrust law.

Since 1987, Ricardo has appeared as lead counsel in over 100
federal and local court cases, including civil jury trials. In 26 appeals
argued or briefed in the First Circuit, Ricardo's clients have a winning
rate over 85%. Of those appeals, Ricardo has argued 14 cases,
including the majority as appellant, with a success rate over 78%.

Ricardo has represented prevailing parties in the largest jury
verdicts and arbitration awards in bet-the-company P.R. Dealer
Contract's Law 75 cases of first impression and the media in First
Amendment cases decided by the P.R. Supreme Court. He is author
of articles on Law 75 for the ABA's Franchise Law Journal. His blog,
www.cabprlaw.blogspot, remains a leading online source of P.R.'s
relationship statutes. Ricardo is a contributor of the P.R. law chapter
of the Franchise Desk Book (ABA 2019 ed.).

Ricardo has served as party-appointed arbitrator under the auspices
of the AAA and the ICC in commercial and personal injury disputes.
Ricardo has been approved as a mediator by the U.S. District Court
for the District of Puerto Rico. As mediator, Ricardo has settled over
80% of the cases.

Ricardo presented with Professors Stephen Gillers and Barbara A.
Gillers of NYU Law School on Ethics in Mediation at a CLE for the
Second Circuit's Federal Judicial Council. Ricardo has been keynote
speaker at CLE federal practice conferences to the FBA, the General
Counsel Association in San Francisco, Cal., and the Pharmaceutical
Industry Association in P.R. on topics of federal trial and appellate
practice, franchising, distribution and antitrust law. Ricardo is set

to address an international gathering of the Catholic University of Peru on arbitration law and procedure. Member, Comm. Arb. Group, https://www.academiajurisprudenciapr.org

Chief Judges of the federal court in P.R. have appointed Ricardo to chair Merit Selection Panels for nominations of U.S. Magistrate Judges. Chief First Circuit Judge Sandra Lynch appointed Ricardo to preside the Standing Local Rules Committee.

Recognized since 2013 as a leading practitioner in Band 1 by Chambers Global, Chambers Latin America, and Best Lawyer's. Fellow, American Bar Foundation, Federal Bar Association, and Litigation Counsel of America. Specialties: franchising and distribution; civil trial and appellate practice; arbitration and mediation.

---

## Experience

Casellas Alcover & Burgos, P.S.C.
Trial and Appellate Partner
February 2007 - Present (19 years 4 months)
Puerto Rico

My law firm specializes in commercial and class action litigation of franchising, distribution, health law or public procurement disputes. We represent many Fortune 500 companies and successful local businesses. www.cabprlaw.com

American Arbitration Association
Commercial and Construction Industry Arbitrator
February 2007 - Present (19 years 4 months)

U.S. Court of Appeals for the First Circuit, Advisory Commitee on Rules
Chairperson
June 2015 - June 2016 (1 year 1 month)

By court appointment, the Committee of nine members serves as the First Circuit's liaison for the adoption and amendments of the local practice rules.

Dell
Assistant Secretary, Dell P.R. Corp.
March 2010 - August 2013 (3 years 6 months)

External legal counsel and custodian of corporate records.

## Hon. Raymond L. Acosta P.R. Chapter of the Federal Bar Association
President and Board Member
January 2003 - June 2009 (6 years 6 months)

During my tenure as President, the National Federal Bar Association honored the Puerto Rico Chapter with the President's Award in recognition as the most distinguished chapter nationwide in the areas of administration and membership recruitment and the Newsletter Award for its contributions to federal practice.

## Fiddler Gonzalez & Rodriguez
Litigation Partner and Board Member
July 1998 - February 2007 (8 years 8 months)

## Rodriguez & Casellas, LLP
Partner
July 1995 - June 1998 (3 years)

## Fiddler Gonzalez & Rodriguez
Various partnership and associate level positions
November 1987 - June 1995 (7 years 8 months)

## U.S. Courts of Appeals
Law Clerk, U.S. Court of Appeals, First Circuit
November 1986 - November 1987 (1 year 1 month)

Judicial Clerk, U.S. Circuit Judge Hon. Juan R. Torruella

## US Courts
Law Clerk, U.S. District Court for the District of Puerto Rico
June 1985 - November 1986 (1 year 6 months)

First Judicial Clerk, Hon. Jose A. Fuste

## United States Courts
Law Clerk, U.S. District Court for the District of Puerto Rico
June 1985 - November 1985 (6 months)

Judicial Clerk, U.S. Magistrate Judge Hon. Justo Arenas

## Nutter McClennen & Fish LLP

Law Clerk, Litigation Department
1984 - 1985 (1 year)

McConnell Valdes
Summer Associate
1983 - 1984 (1 year)

During the summer of 1983 and 1984, I clerked in the labor, corporate and litigation departments.

---

## Education

Boston University School of Law
J.D., Law · (1982 - 1985)

Washington and Lee University
B.A., cum laude, Political Science, Spanish, concentration in Economics · (1978 - 1982)

Harvard University
Summer School, college preparatory courses in English expository writing and international relations · (1978 - 1978)