# United States Court of Appeals
## For the First Circuit

---

No. 26-1789

ELÍAS SÁNCHEZ-SIFONTE; VALERIE RODRÍGUEZ ERAZO,

Plaintiffs - Appellants,

v.

JOSUÉ FONSECA; JAGUAL MEDIA LLC; NBCUNIVERSAL MEDIA, LLC, d/b/a Telemundo Station Group; TELEMUNDO NETWORK GROUP LLC; TM TELEVISION, INC.; ANTONIO G. MOJENA; TELEMUNDO OF PUERTO RICO LLC,

Defendants - Appellees,

TELEMUNDO INTERNATIONAL STUDIOS LLC; TELEMUNDO INTERNACIONAL LLC; TM ENTERTAINMENT, INC.; DOES 1-10; JOSE CANCELA; MANUEL MARTINEZ,

Defendants.

---

**JUDGMENT**

Entered: September 17, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Peter W. Miller, Lorenzo J. Palomares, Raymond Luis Sánchez-Maceira, Yashkiabette Ivelisse De Jesús-Blanco, Carlos R. Baralt-Suárez, Deanna K. Shullman, Giselle Girones, Ricardo F. Casellas-Sánchez, Carla S. Loubriel, Natalia Morales Echeverría, Yelan Escalona, Roberto Sueiro-Del Valle